UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

03/15/22|BRW- | W:\Wdocs\Clients\002738\22046\00352744.DOCX

CASE #: *21-cv-62575*

UNITED STATES SURETY COMPANY,

    Plaintiff,

vs.

UNLIMITED ELECTRICAL
CONTRACTOR CORP.; UNLIMITED
ELECTRICAL SUPPLY COMPANY
CORP.; UNLIMITED COMPANIES, LLC;
and MITCHELL R. PAGEREY,

    Defendants.

_____

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants UNLIMITED ELECTRICAL CONTRACTORS CORP.; UNLIMITED COMPANIES, LLC; UNLIMITED ELECTRICAL SUPPLY COMPANY, CORP.; UNLIMITED COMPANIES, LLC; and MITCHELL PAGEREY, by and through their undersigned counsel, hereby file their Answer, Affirmative Defenses to Plaintiff UNITED STATES SURETY COMPANY's Complaint, and states:

## ANSWER

1. Without knowledge, therefore denied.
2. Without knowledge, therefore denied.
3. Without knowledge, therefore denied.
4. Without knowledge, therefore denied.
5. Without knowledge, therefore denied.
6. Without knowledge, therefore denied.

Case 0:21-cv-62575-RAR   Document 18   Entered on FLSD Docket 03/15/2022   Page 2 of 5

United States District Court, Southern District of Florida
Case No.: 21-CV-62575
Defendants' Answer and Affirmative Defenses
Page 2 of 5

7. Without knowledge, therefore denied.

8. Admitted as to jurisdiction.

9. Without knowledge, therefore denied.

10. Admitted.

11. Denied.

12. Neither admitted nor denied as the document speaks for itself.

13. Without knowledge, therefore denied.

14. Neither admitted nor denied as the document speaks for itself.

15. Neither admitted nor denied as the document speaks for itself

16. Neither admitted nor denied as the document speaks for itself

17. Neither admitted nor denied as the document speaks for itself

18. Neither admitted nor denied as the document speaks for itself

19. Without knowledge, therefore denied.

20. Admitted.

21. Without knowledge, therefore denied.

22. Without knowledge, therefore denied.

23. Without knowledge, therefore denied.

24. Without knowledge, therefore denied.

25. Without knowledge, therefore denied.

26. Without knowledge, therefore denied.

27. Denied.

28. Without knowledge, therefore denied.

{00355521.DOCX; 1 }

Case 0:21-cv-62575-RAR   Document 18   Entered on FLSD Docket 03/15/2022   Page 3 of 5

United States District Court, Southern District of Florida
Case No.: 21-CV-62575
Defendants' Answer and Affirmative Defenses
Page 3 of 5

29. Without knowledge, therefore denied.

30. Without knowledge, therefore denied.

31. Without knowledge, therefore denied.

32. Defendants repeat paragraphs 1 through 31.

33. Neither admitted nor denied as the document speaks for itself.

34. Neither admitted nor denied as the document speaks for itself.

35. Denied.

36. Denied.

37. Denied.

38. Defendants repeat paragraphs 1 through 31.

39. Denied.

40. Without knowledge, therefore denied.

41. Without knowledge, therefore denied.

42. Without knowledge, therefore denied.

43. Without knowledge, therefore denied.

44. Without knowledge, therefore denied.

45. Without knowledge, therefore denied.

46. Without knowledge, therefore denied.

47. Denied.

48. Defendants repeat paragraphs 1 through 31.

49. Denied.

50. Without knowledge, therefore denied.

51. Without knowledge, therefore denied.

52. Without knowledge, therefore denied.

53. Defendants repeat paragraphs 1 through 31.

54. Without knowledge, therefore denied.

55. Denied.

56. Without knowledge, therefore denied.

57. Without knowledge, therefore denied.

58. Denied.

59. Without knowledge, therefore denied.

60. Without knowledge, therefore denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff's Complaint is barred as Plaintiff is seeking payment as part of this suit amounts beyond which it is entitled, including amounts which were not credited to Defendants on account of funds previously recovered, as well as bond premiums which were previously paid to Plaintiff but not credited against amounts being claimed.

### Second Affirmative Defense

Defendants state that they are entitled to a setoff including amounts paid by Defendants and/or amounts previously recovered by Plaintiff.

### Third Affirmative Defense

Defendants state that the Complaint fails to state a claim and/or is violates the rules of pleading as the documents/exhibits upon which the claims asserted are based are either not attached

Case 0:21-cv-62575-RAR   Document 18   Entered on FLSD Docket 03/15/2022   Page 5 of 5

United States District Court, Southern District of Florida
Case No.: 21-CV-62575
Defendants' Answer and Affirmative Defenses
Page 5 of 5

to the pleading and/or are otherwise repugnant to the allegations contained therein.

### Fourth Affirmative Defense

Defendants state that Plaintiff is barred from any relief against Defendants by its failure to mitigate damages.

### Fifth Affirmative Defense

Defendants state that Plaintiff fails to state a claim for attorneys fees in Counts II, III, and V as attorneys fees are not recoverable pursuant to the claims set forth therein.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via ☐ U.S. Mail ☑ CM/ECF this **15th** day of March, 2022 to: Ryan Weeks, Esq.; **Paskert Divers Thompson**, 100 North Tampa Street, Suite 3700, Tampa, Florida, 33602; 813-229-3500; RWeeks@MPDlegal.com.

                                      s/ *Bradley R. Weiss*
                                      Bradley R. Weiss, Esq., B.C.S.
Florida Bar No.: 0567469
**BENSON, MUCCI & WEISS, P.L.**
5561 North University Drive
Suite 102
Coral Springs   FL   33067
954-323-1023
954-323-1013 Facsimile
Brad@BMWlawyers.net

{00355521.DOCX; 1 }